IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. DNCW3:93CR236-01 |
| v. | ) ) | (Financial Litigation Unit) |
| CHRISTOPHER GLEATON. | ) ) ) ) | |

## **ORDER**

**THIS MATTER** is before the Court on the Government's Petition for Remission of Fine.

The Government moves for remission of the unpaid portion of the criminal fine and/or assessment owed by the Defendant in accordance with the provisions of 18 U.S.C. §3573. It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown,

**IT IS, THEREFORE, ORDERED**, that the Government's Petition for Remission of Fine [Doc. 127] is GRANTED, and the above-referenced unpaid fine and/or assessment is hereby REMITTED.

Signed: April 14, 2016

*[Signature]*
Max O. Cogburn Jr.
United States District Judge